# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, ALF-CIO, LOCAL 188 PENSION FUND, *et al.*, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV422-270 |
| THE MECHANICAL SHOP, INC., | ) ) ) | |
| Defendant. | ) | |

## ORDER

Plaintiff filed this complaint on November 14, 2022. Doc. 1. Defendant appeared on February 4, 2023. Doc. 15. Federal Rule of Civil Procedure 26(f) requires the parties to "confer as soon as practicable," to "consider the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case; make or arrange for the disclosures required by Rule 26(a)(1); discuss any issues about preserving discoverable information; and develop a proposed discovery plan." Fed. R. Civ. P. 26(f)(1)–(2). The parties are jointly tasked with

"submitting to the court within 14 days after the conference a written report outlining the plan." Fed. R. Civ. P. 26(f)(2). The Rule 26 Instruction Order directs that the conference must be held "by the earlier of 60 days after any defendant has been served with the complaint; or 45 days after any defendant has appeared[.]" Doc. 2 at 1. The time for holding the conference, under the terms of the Order, expired no later than March 21, 2023. If the conference were held as late as the last day of that period, the report was due by April 4, 2023. No report has been submitted to date.

The parties' failure to comply with the Court's Order and the Federal Rule might warrant dismissal of this action. *See, e.g.*, Fed. R. Civ. P. 41(b) (permitting dismissal for "failure to comply with these rules or a court order). The parties are **DIRECTED** to respond and **SHOW CAUSE** why they failed to file the required 26(f) Report by no later than May 9, 2023. The parties are further **DIRECTED** to file their out-of-time 26(f) Report within that period.

**SO ORDERED**, this 3rd day of May, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA