UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, ALF-CIO, LOCAL 188 PENSION FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE MECHANICAL SHOP, INC., <br><br> Defendant. | CV422-270 |

## ORDER

The Court set an in-person settlement conference for June 13, 2023 at 9:00 AM in Savannah. Doc. 26 at 1. It also set deadlines for the parties' pre-mediation exchange of a demand and offer, *id.* at 2-3, and for the submission of confidential, *ex parte* pre-mediation letters, *id.* at 3-5. In a separate Order, the Court set a pre-mediation status conference for June 7, 2023. Doc. 28. Plaintiffs subsequently filed an unopposed motion seeking an extension of the confidential *ex parte* letter deadline, doc. 28, and an unopposed motion to move the pre-mediation status conference to

1

June 8, 2023 or June 9, 2023. Doc. 29. For good cause shown, those unopposed motions are **GRANTED**, docs. 28 & 29, and the following pre-mediation deadlines shall apply. This Order **only** alters the deadlines for the parties' obligations under the Court's Order Setting Settlement Conference. Doc. 26. The parties must comply with all other instructions in that Order, including, e.g., the instructions regarding the pre-mediation demand and offer procedure, and the confidential *ex parte* letters' content.

| | |
|---|---|
| **DEADLINE FOR PLAINTIFFS' PRE-MEDIATION DEMAND** | May 26, 2023 |
| **DEADLINE FOR DEFENDANT'S PRE-MEDIATION OFFER** | June 1, 2023 |
| **DEADLINE FOR SUBMISSION OF CONFIDENTIAL *EX PARTE* LETTERS** | June 8, 2023 |
| **PRE-MEDIATION STATUS CONFERENCE** | June 9, 2023[1] |
| **MEDIATION** | June 13, 2023 |

The Court stayed all deadlines in this case pending the mediation. Doc. 25 at 1. The parties are reminded of their obligation to confer and

---

[1] The Court will reschedule the pre-mediation status conference for June 9, 2023 at 9:00 AM in a separate Order.

jointly file a renewed Rule 26(f) Report within 14 days of the mediation's conclusion if they do not reach a settlement at the mediation. *Id.* at 1-2.

**SO ORDERED**, this 25th day of May, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA