IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

UNITED ASSOCIATION OF
JOURNEYMEN AND APPRENTICES OF
THE PLUMBING AND PIPE FITTING
INDUSTRY OF THE UNITED STATES
AND CANADA, AFL-CIO, LOCAL 188
PENSION FUND, *et al.*,
      Plaintiffs,

CIVIL ACTION: 4:22-cv-00270

v.

THE MECHANICAL SHOP, INC.
      Defendant

## CORRECTED CONSENT ORDER OF JUDGMENT

NOW COME Plaintiffs, United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO, Local 188 Pension Fund, United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO, Local 188 Health & Welfare Fund, United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO, Local 188 Annuity Fund and United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO, Local 188, Danny MacMillan and Barry Zeigler (collectively, the "Plaintiffs Funds and Union") and Defendant, The Mechanical Shop, Inc., who have reached the following agreement and Consent Order of Judgment, wherein the parties agree to the following:

1.     THE MECHANICAL SHOP, INC. agrees that it is liable to the Plaintiffs Funds for contributions for the "work months" of January to March 2023, including the accrual of interest from July 2022 and attorneys' fees, in the amount of $133,322.31.

1

2. THE MECHANICAL SHOP, INC. agrees that it is liable to the Plaintiff Union for Union dues from January 2023 through March 2023 in the amount of $19,775.65.

3. THE MECHANICAL SHOP, INC. agrees that it is liable to the Plaintiffs Funds and Union for contributions and Union dues respectively for the "work month" of April 2023 and the months thereafter. The MECHANICAL SHOP, INC. agrees to immediately remit contributions and Union dues for April 2023 by or before June 10, 2023.

4. THE MECHANICAL SHOP, INC. agrees to a judgment in favor of Plaintiffs Funds and the Union in the total amount of $153,097.96.

5. By June 2, 2023, THE MECHANICAL SHOP, INC. agrees to pay the Plaintiffs Funds base contributions owed for January 2023, in the amount of $29,934.00, and Union dues in the amount of, $4,520.21.

6. The MECHANICAL SHOP, INC. agrees to pay the balance, $118,643.75 in installments of $9,886.98 per month for twelve (12) months until paid in full, with the first payment due on or before July 15, 2023, and each subsequent payment due on the 15th of each month thereafter through July 15, 2024.

7. Monthly payments will be remitted by THE MECHANICAL SHOP, INC. by electronic means (ACH) or by check to the order of "Journeymen and Apprentices of Local 188 Escrow Account" and shall be mailed to C/O NEBA Inc., 8657 Baypine Road, Building 5, Suite 200, Jacksonville, Florida 32256.

8. THE MECHANICAL SHOP, INC. agrees to remit payments according to the terms of the attached Payout Agreement and recognizes that failure to timely

      make any scheduled payments shall result in THE MECHANICAL SHOP, INC. being in default of its obligations under this Consent Judgment and the Payout Agreement (Exhibit A, Payout Agreement).

9.   In the event that any default, as defined in Paragraph 8 herein, is not remedied within fourteen (14) days, all outstanding amounts, shall be immediately due and payable, without demand, notice of acceleration, notice of intent to accelerate, or other formalities of any kind, all of which are hereby expressly waived by THE MECHANICAL SHOP, INC.

10.   THE MECHANICAL SHOP, INC. further agrees that it shall remain current on all future remittance reports and contributions pursuant to the Working Agreement and the terms and conditions of the Pension Fund Trust Agreement, the Welfare Fund Trust Agreement, and the Annuity Fund Trust Agreement. The Working Agreement requires that contributions be made no later than the eleventh (11th) day of the second calendar month following the "work month," or else such payment shall be considered delinquent.

11.   THE MECHANICAL SHOP, INC. acknowledges and agrees that in the event that any future contribution payment is delinquent, penalties and interest, as set forth in the Working Agreement, shall be assessed.

12.   THE MECHANICAL SHOP, INC. agrees that this Consent Judgment is enforceable against any heirs, assigns, successors, or any subsidiaries of THE MECHANICAL SHOP, INC.

13. The Plaintiff Funds and Union agree to forebear from collection of the agreed upon amount including the accrual of interest and penalties in consideration for THE MECHANICAL SHOP, INC.'s agreement and compliance.

14. THE MECHANICAL SHOP, INC. is dismissed with prejudice.

15. If the Court receives no motion to vacate this Order within ninety (90) days of the date of the Order, this action shall be administratively closed. Although this case shall be administratively closed, the parties may seek relief under this Order if the conditions precedents are satisfied prior to seeking relief.

WHEREFORE, the parties agree that the above terms and conditions of the Consent Judgment will adequately resolve all issues against THE MECHANICAL SHOP, INC., and that, as a consequence, this matter should be dismissed, with prejudice, against THE MECHANICAL SHOP, INC., each party to bear its own cost.

ORDERED this ___20th___ day of _____October_____ 2023.

_____
UNITED STATES DISTRICT JUDGE

AGREED TO BY:

/s/ *Paula M. Bruner*
Louis L. Robein (La. Bar No. 11307)
Paula M. Bruner (LA Bar No. 30417)
Robein, Urann,
Spencer, Picard & Cangemi, APLC
2540 Severn Avenue, Suite 400
Metairie, LA 70002
Telephone: (504) 885-9994
Fax: (504) 885-9969
Email: lrobein@ruspclaw.com
pbruner@ruspclaw.com

/s/*James B. Smith*
James B. Smith (GA Bar No. 122069)
15618 U.S. Highway 17
Townsend, GA 31331
Telephone: (912) 832-2395
Fax: (912) 832-2396
Email: james@jbsmithlawfirm.com

*Attorney for Defendant*

4

<u>Local Counsel:</u>
Tessa A. Warren (GA Bar No. 435157)
Quinn, Connor, Weaver, Davies & Rouco LLP
4100 Perimeter Park South
Atlanta, GA  30341
Telephone: (404) 299-1211
Fax: (404) 299-1288
Email: twarren@qcwdr.com

*Attorneys for Plaintiffs*